# United States Court of Appeals
## For the First Circuit

No. 05-2098
No. 05-2181

ATTREZZI, LLC,

Plaintiff, Appellee/Cross-Appellant,

v.

MAYTAG CORPORATION,

Defendant, Appellant/Cross-Appellee.

ERRATA

The opinion of this Court, issued on January 27, 2006, should be amended as follows.

On cover page, replace present attorney listings with:

Edward A. Haffer with whom Sheehan Phinney Bass & Green, P.A. was on brief for defendant.
James G. Goggin with whom Peter S. Black and Verrill Dana, LLP were on brief for plaintiff.

On page 2, line 1, delete comma after "LLC" and insert comma after "("Attrezzi LLC")".